IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBINSON,<br><br>    Plaintiff,<br><br>   v.<br><br>NEXTERA ENERGY,<br><br>    Defendant.<br>_____ / | No. C 10-02671 SI<br><br>**ORDER ON PIONEER NOTICE AND BRIEFING SCHEDULE** |

Currently before the Court are plaintiff and defendant's proposals for Pioneer Notice. *See* Docket Nos. 25-26.

The Court finds that inclusion of contact information for the attorneys representing plaintiff and defendant in this action in the Pioneer Notice is appropriate. Therefore, the Court ORDERS that plaintiff's Pioneer Notice, attached as Exhibit A to Docket No. 26, shall be used.

With respect to timing, the Court ORDERS that:

1. Within five (5) days of the date of this Order, defendant shall provide the contact information of each member of the Proposed Class to the Administrator;

2. Within ten (10) days of the date of this Order, the Administrator shall send each member of the Proposed Class the Notice and Opt-out Postcard, in the form proposed by defendant and attached as Exhibit 1, page 2 to Docket No. 25;

3. The deadline for returning the Opt-out Postcard shall extend only to the thirtieth (30th) day after the date on which the Notice is sent, with timeliness being determined by resort to the postmark date contained on any Opt-out Postcard returned;

4. Within five (5) days of the close of the opt-out period, the Administrator shall provide attorneys for the Parties the following: (a) the name and contact information for each individual member of the Proposed Class who failed to provide a timely, completed Opt-out Postcard, (b) the number of Notices returned as undeliverable, and (c) a signed

declaration that the process set forth herein has been followed.

Concurrent with the production of the names and contact information for members of the Proposed Class, the Court Orders defendant to submit amended Rule 26(a)(1)(A)(I) initial disclosures, which shall identify members of the Proposed Class whose declarations defendant may submit in opposition to plaintiff's motion for class certification. This Order does not bar plaintiff from seeking additional information regarding contacts by defendant and its counsel with members of the Proposed Class through formal discovery, including a request for further amendment to defendant's Initial Disclosures closer to the class certification briefing period.

The current Case Management deadlines, *see* Docket No. 18, are hereby extended. Plaintiff's motion for class certification shall be filed on December 9, 2011. Defendant's opposition shall be filed on January 13, 2012. Plaintiff's reply shall be filed on January 27, 2012 and the hearing shall be set for February 10, 2012.

**IT IS SO ORDERED.**

Dated: June 7, 2011

SUSAN ILLSTON
United States District Judge