1  CHERYL D. ORR (SBN #143196)
   cheryl.orr@dbr.com
2  S. FEY EPLING (SBN #190025)
   fey.epling@dbr.com
3  AYSE KUZUCUOGLU (SBN #251114)
   ayse.kuzucuoglu@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
6  Facsimile:    (415) 591-7510

7  Attorneys for Defendants
   NextEra Energy Operating Services, LLC
8

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROBINSON, an individual; on behalf of himself and all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY OPERATING SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV-10-02671-SI<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE DEADLINE FOR COURT-ORDERED SETTLEMENT CONFERENCE**<br><br>Date Filed:  May 17, 2010<br>Trial Date:  None |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE
CONTINUING SETTLEMENT CONFERENCE
SF01/ 765975.1

CASE NO. CV-10-02671-SI

1   WHEREAS, the current deadline for completion of the court-ordered settlement
2   conference is June 30, 2011.
3   WHEREAS, the Parties previously scheduled a settlement conference with panel attorney
4   Robert Fries, Esq., which was set for June 21, 2011, however the Parties, subsequent to the
5   setting of that date, agreed that a settlement conference was premature at that time, and proceeded
6   with Plaintiff's deposition, which concluded on that date.
7   WHEREAS, Plaintiff currently has before the court a Motion for Leave To Amend
8   Complaint to add two additional representative plaintiffs, said matter of which is set for hearing
9   on July 8, 2011.
10  WHEREAS, in light of the recent continuance of the deadlines for filing Plaintiff's
11  Motion for Class Certification to December 12, 2011, Plaintiff's counsel does not presently feel
12  that this matter will be ripe for a settlement conference before the end of October 2011.
13  WHEREAS Defendant, by and through its counsel, wishes to proceed with a settlement
14  conference by the end of August 2011, and contends that both parties now have the information
15  necessary to make settlement calculations and the probability of settlement will be higher if
16  defense costs are defrayed.
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE CONTINUING SETTLEMENT CONFERENCE
SF01/ 765975.1

- 2 -

CASE NO. CV-10-02671-SI

1  IT IS HEREBY STIPULATED by and among the parties, through their respective
2  counsel, to continue the deadline for the court-ordered settlement conference in this action from
3  June 30, 2011 to either August 31, 2011 (as defense counsel requests) or October 31, 2011 (as
4  Plaintiff's counsel requests) or to whatever date the Court feels appropriate in light of these
5  Recitals..
6  IT IS SO STIPULATED.

7  Dated: June 28, 2011         DRINKER BIDDLE & REATH LLP

9                                By:/S/_____
10                                   Cheryl D. Orr

11                                Attorneys for Defendant
                                  NEXTERA ENERGY
12                                OPERATING SERVICES, LLC

14  Dated: June 28, 2011         POLLARD BAILEY

16                                By:/S/_____
17                                   Dylan Pollard

18                                Attorneys for Plaintiffs
                                  MICHAEL ROBINSON

**ORDER**

The Court, having considered the stipulation of the parties, through their respective counsel, hereby orders that the deadline for the court-ordered settlement conference in this action be continued from June 30, 2011 to __(TO BE SET BY MAGISTRATE-JUDGE)__.

**IT IS SO ORDERED.**

Dated: June __29__, 2011        _____
                                Honorable Susan Illston

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE CONTINUING SETTLEMENT CONFERENCE
SF01/ 765975.1
- 3 -
CASE NO. CV-10-02671-SI