United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>NEXTERA ENERGY OPERATING SERVICES, LLC,<br><br>  Defendant. | No. C 10-02671 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Currently before the Court is plaintiff's motion for leave to file a First Amended Complaint (FAC) to join two additional representative plaintiffs. That motion is scheduled for hearing on July 8, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing.

Defendant NextEra Energy Operating Services, LLC (NextEra), does not oppose allowing plaintiff to file a FAC to join two additional representative plaintiffs. Docket No. 28 at 1. However, NextEra objects to the FAC incorporating the same class definition as used in the original complaint. Defendant asserts that plaintiff should be required to use a narrower class definition in the FAC, specifically one that matches the scope of NextEra current and former employees who received the *Pioneer* notice regarding this action. *Id*. at 2.

The Court rejects defendant's argument. There is no reason at this juncture to require plaintiff to conform the class definition in the proposed FAC to the scope of the individuals who received the *Pioneer* notice. *See* Docket No. 27.

Plaintiff's motion for leave to file their proposed FAC (see Docket No. 24-2) is GRANTED.

**IT IS SO ORDERED.**

Dated: June 29, 2011

SUSAN ILLSTON
United States District Judge