1  Dylan Pollard, Esq., SBN 180306
   Matt C. Bailey, Esq. SBN 218685
2  Roxanna Tabatabaeepour, Esq., SBN 260187
   POLLARD | BAILEY
3  9701 Wilshire Blvd., 10th Floor
   Beverly Hills, CA 90212
4  Telephone: (310) 854-7650
   Facsimile:  (310) 492-9934
5
   *Attorneys for Plaintiffs*
6  *Michael Robinson, Randy Blair,*
    *and Keene Kirksey*
7
   Cheryl D. Orr, Esq., SBN 143196
8  S. Fey Epling, Esq., SBN 190025
   Ayse Kuzucuoglu, Esq., SBN 251114
9  Drinker Biddle & Reath LLP
   50 Fremont Street, 20th Floor
10 San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
11 Facsimile:    (415) 591-7510
12 *Counsel for Defendant,*
   *NextEra Energy Operating Services, LLC*
13

14              UNITED STATES DISTRICT COURT

15    NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

16 MICHAEL ROBINSON, an individual; RANDY       Case No.: CV-10-02671-SI
   BLAIR, an individual; and KEENE KIRKSEY, an
17 individual; on behalf of themselves and all other   CLASS ACTION CASE
   similarly situated current and former employees,
18                                                     **JOINT NOTICE OF SETTLEMENT**
              Plaintiff,                               **AND REQUEST TO VACATE ALL**
19                                                     **OUTSTANDING HEARINGS AND**
          vs.                                          **DEADLINES**
20
   NEXTERA ENERGY OPERATING SERVICES,
21 LLC, a Delaware Limited Liability Company;          Hon. Susan Illston
   NEXTERA ENERGY RESOURCES, LLC, a
22 Delaware Limited Liability Company; and DOES             ORDER
   1 through 100, Inclusive,
23
              Defendants.
24

25

26

27

28

---

JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL OUTSTANDING HEARINGS AND
DEADLINES

**NOTICE IS HEREBY GIVEN** to this Honorable Court that, on November 10, 2011, further to two mediation sessions (held over a series of three days in total), the Parties in the above-referenced matter and their counsel of record have agreed to settle this Class Action litigation.

The Parties, by and through their counsel,  are currently negotiating and drafting a detailed Class Action Settlement Agreement which will be submitted to the Court by way of a Motion for Preliminary Approval of Class Action Settlement no later than January 31, 2012, but in all likelihood, sometime in December 2011.

In order to facilitate finalization of the relevant documents and subsequent presentation of the proposed Class Action Settlement Agreement to the Court for Preliminary Approval, the Parties request the Court vacate all outstanding hearings and deadlines (including the December 12, 2011 deadline for submitting Plaintiffs' Motion for Class Certification), without prejudice to their re-setting if the Court does not approve of the Parties' Stipulation for Class Action Settlement.

///
///
///
///
///
///
///
///
///
///
///
///

1

The Parties agree that, in the event approval of their proposed Class Action Settlement is not obtained, the Parties will then return to the *status quo ante* in all respects.

Dated: November 18, 2011                    POLLARD | BAILEY

By: _____
    Matt C. Bailey, Esq.
    Roxanna Tabatabaeepour, Esq.
    Dylan F. Pollard, Esq.

    *Attorneys for Plaintiffs*

Dated: November____, 2011                    DRINKER BIDDLE & REATH LLP

By:_____
    Cheryl D. Orr, Esq.,
    S. Fey Epling, Esq.,
    Ayse Kuzucuoglu, Esq.

    *Counsel for Defendant,*
    *NextEra Energy Operating Services, LLC*

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL OUTSTANDING HEARINGS AND DEADLINES**

1    The Parties agree that, in the event approval of their proposed Class Action Settlement

2  is not obtained, the Parties will then return to the *status quo ante* in all respects.

3  Dated: November 18, 2011                    POLLARD | BAILEY

4

5                                             By:_____
                                                  Matt C. Bailey, Esq.
6                                                 Roxanna Tabatabaeepour, Esq.
                                                  Dylan F. Pollard, Esq.
7
                                                  *Attorneys for Plaintiffs*
8

9  Dated: November 21, 2011                    DRINKER BIDDLE & REATH LLP

10

11                                            By: *Cheryl D. Orr*
                                                  Cheryl D. Orr, Esq.,
12                                                S. Fey Epling, Esq.,
                                                  Ayse Kuzucuoglu, Esq.
13
                                                  *Counsel for Defendant,*
14                                                *NextEra Energy Operating Services, LLC*

15

16

17

18

19

20

21

22

23                    

24

25

26

27

28

---

2

'ollard ▪ Bailey