1  Dylan Pollard, Esq., SBN 180306
   Matt C. Bailey, Esq. SBN 218685
2  Roxanna Tabatabaeepour, Esq., SBN 260187
   POLLARD | BAILEY
3  9701 Wilshire Blvd., 10th Floor
   Beverly Hills, CA 90212
4  Telephone: (310) 854-7650
   Facsimile:  (310) 492-9934
5
   *Attorneys for Plaintiffs*
6  *Michael Robinson, Randy Blair,*
   *and Keene Kirksey*
7
   Cheryl D. Orr, Esq., SBN 143196
8  S. Fey Epling, Esq., SBN 190025
   Ayse Kuzucuoglu, Esq., SBN 251114
9  Drinker Biddle & Reath LLP
   50 Fremont Street, 20th Floor
10 San Francisco, CA  94105-2235
   Telephone:   (415) 591-7500
11 Facsimile:   (415) 591-7510
12 *Counsel for Defendant,*
   *NextEra Energy Operating Services, LLC*
13
14              UNITED STATES DISTRICT COURT
15     NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| 16 MICHAEL ROBINSON, an individual; RANDY BLAIR, an individual; and KEENE KIRKSEY, an individual; on behalf of themselves and all other similarly situated current and former employees,<br><br>18          Plaintiff,<br><br>20          vs.<br><br>21 NEXTERA ENERGY OPERATING SERVICES, LLC, a Delaware Limited Liability Company; NEXTERA ENERGY RESOURCES, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>23          Defendants. | Case No.: CV-10-02671-SI<br><br>CLASS ACTION CASE<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL OUTSTANDING HEARINGS AND DEADLINES**<br><br>Hon. Susan Illston<br><br>          ORDER |

25
26
27
28

ollard ◼ Bailey

1

2    **NOTICE IS HEREBY GIVEN** to this Honorable Court that, on November 10, 2011,

3  further to two mediation sessions (held over a series of three days in total), the Parties in the

4  above-referenced matter and their counsel of record have agreed to settle this Class Action

5  litigation.

6        The Parties, by and through their counsel,  are currently negotiating and drafting a

7  detailed Class Action Settlement Agreement which will be submitted to the Court by way of a

8  Motion for Preliminary Approval of Class Action Settlement no later than January 31, 2012, but

9  in all likelihood, sometime in December 2011.

10        In order to facilitate finalization of the relevant documents and subsequent presentation of

11 the proposed Class Action Settlement Agreement to the Court for Preliminary Approval, the

12 Parties request the Court vacate all outstanding hearings and deadlines (including the December

13 12, 2011 deadline for submitting Plaintiffs' Motion for Class Certification), without prejudice to

14 their re-setting if the Court does not approve of the Parties' Stipulation for Class Action

15 Settlement.

16        / / /

17        / / /

18        / / /

19        / / /

20        / / /

21        / / /

22        / / /

23        / / /

24        / / /

25        / / /

26        / / /

27        / / /

28        / / /

1

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL OUTSTANDING HEARINGS AND
DEADLINES**

1    The Parties agree that, in the event approval of their proposed Class Action Settlement

2   is not obtained, the Parties will then return to the *status quo ante* in all respects.

3   Dated: November 18, 2011                    POLLARD | BAILEY

4

5

6

7                                              By: _____
                                                   Matt C. Bailey, Esq.
8                                                  Roxanna Tabatabaeepour, Esq.
                                                   Dylan F. Pollard, Esq.
9

10                                             *Attorneys for Plaintiffs*

11  Dated: November___, 2011                   DRINKER BIDDLE & REATH LLP

12

13                                             By:_____
                                                   Cheryl D. Orr, Esq.,
14                                                 S. Fey Epling, Esq.,
                                                   Ayse Kuzucuoglu, Esq.
15

16                                             *Counsel for Defendant,*
                                               *NextEra Energy Operating Services, LLC*
17

18

19

20

21

22

23

24

25

26

27

28

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL OUTSTANDING HEARINGS AND
DEADLINES**

Pollard ▪ Bailey

The Parties agree that, in the event approval of their proposed Class Action Settlement is not obtained, the Parties will then return to the *status quo ante* in all respects.

Dated: November 18, 2011                    POLLARD | BAILEY

By:_____
    Matt C. Bailey, Esq.
    Roxanna Tabatabaeepour, Esq.
    Dylan F. Pollard, Esq.

    *Attorneys for Plaintiffs*

Dated: November 21, 2011                   DRINKER BIDDLE & REATH LLP

By: *Cheryl D. Orr*
    Cheryl D. Orr, Esq.,
    S. Fey Epling, Esq.,
    Ayse Kuzucuoglu, Esq.

    *Counsel for Defendant,*
    *NextEra Energy Operating Services, LLC*



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Susan Illston

NORTHERN DISTRICT OF CALIFORNIA

2