IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBINSON, | No. C 10-02671 SI |
| Plaintiff, | **ORDER GRANTING PRELIMINARY APPROVAL** |
| v. | |
| NEXTERA ENERGY OPERATING SERVICES, LLC, | |
| Defendant. | |

The Motion for Preliminary Approval of a Settlement came before this Court, on May 4, 2012. The Court, having considered the proposed Amended Stipulation of Settlement and General Release, attached hereto as Exhibit 1, and the Exhibits attached thereto (hereafter collectively "Settlement Agreement"); having considered the Motion for Preliminary Approval of Class Action Settlement and Related Orders filed by the Parties; having considered the respective points and authorities and declarations submitted by the parties in support thereof and good cause appearing, HEREBY ORDERS THE FOLLOWING:

1. The terms of the Settlement set forth in the Settlement Agreement are preliminarily approved as fair, adequate and reasonable to the Class, subject to final approval thereof at the Settlement Hearing described in Paragraph 4 of this Order. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

2. For purposes of the settlement, the Court finds that Plaintiffs, by and through Class Counsel, have established each of the elements of Federal Rules of Civil Procedure, Rule 23(a), and

Rule 23(b)(3). It is therefore ordered that the Settlement Class is certified for settlement purposes only, as follows:

> All persons employed by NextEra Energy Operating Services, LLC who, from May 17, 2006 to the date of this Order, performed work in the position of Wind Technician I, Wind Technician II, Wind Technician III, and/or Wind Technician Leader at a wind generation plant owed and/or operated by NextEra in California.

3. For purposes of the settlement, the Court further designates named Plaintiffs Michael Robinson, Randy Blair and Keene Kirksey as Class Representatives, and the law firm of Pollard|Bailey as Class Counsel.

4. The Court confirms CPT Group, Inc. as the Claims Administrator.

5. A final fairness hearing on the question of whether the proposed Settlement should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in Department 10 of this Court on August 31, 2012, at 9:00 a.m.. Class Counsel shall file and serve papers in support of final approval, as well as papers in support of approval of the enhancement payments to the Class Representative, attorneys' fees and costs, no later than August 17, 2012.

6. The Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Settlement and Hearing Date for Court Approval ("Notice of Pendency of Class Action"), in substantially the form attached to the Amended Stipulation of Settlement between Plaintiffs and Defendant as Exhibit B.

7. The Court directs the mailing of the Notice of Pendency of Class Action and Proposed Settlement by first class mail to the Class Members in accordance with the Implementation Schedule set forth below. The Court finds that the content of the Notice, and the procedures for the mailing and distribution of the Notice, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

8. The Court further approves the procedures for Class Members to opt out of, or object to the Settlement, as set forth in the Amended Settlement Agreement and Notice of Pendency of Class Action.

9. To facilitate administration of the Settlement pending final approval, the Court hereby

enjoins all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Division of Labor Standards Enforcement of the California Department of Industrial Relations) regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator.

10. The Court orders the following Implementation Schedule for further proceedings:

| Event | Timing |
| --- | --- |
| Defendant provides Class Members Data and funds for preparation of the Notice | 10 days after Preliminary Approval |
| Claims Administrator Mails Class Notice to Class Members | 30 days after Preliminary Approval |
| Motion For Approval Attorney's Fees, Costs and Class Representative Enhancements | 20 days after mailing of Notice Claims Administrator |
| Deadline to submit Opt-outs and Objections | 45 days after mailing of Notice Claims Administrator |
| Final Approval Papers filed | 14 calendar days before Final Approval Hearing |
| Final Approval Hearing | August 31, 2012 |
| Deadline for Defendant to transfer Settlement funds to Administrator | 15 Court days after the Effective Date |

**IT IS SO ORDERED.**

Dated: May 16, 2012

SUSAN ILLSTON
United States District Judge