IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBINSON, et al., on behalf of themselves and all other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTERA ENERGY OPERATING SERVICES, LLC,<br><br>Defendant. / | No. C 10-02671 SI<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

The Motion for an Order Granting Final Approval Of Class Action Settlement & Dismissal With Prejudice came before this Court, on August 31, 2012. The above-captioned Action is a class action lawsuit brought by Plaintiffs Michael Robinson, Randy Blair and Keene Kirksey (hereinafter "Plaintiffs"), against Defendant NextEra Energy Operating Services, LLC ("Defendant") (collectively the "Parties"). The action alleges that Defendant, inter alia, violated the California Labor Code, IWC Wage Orders and engaged in Unfair Competition Law for failing to provide putative Class Members access to meal and rest periods without premium wage compensation, failing to provide regular and overtime compensation for all work performed, failing to timely pay wages due and owing immediately upon termination of employment, and failing to provide lawful itemized wage statements. Defendant has denied any and all alleged wrongdoing, and denies any liability to the Plaintiffs or to members of the putative Class.

On May 16, 2012, this Court entered an Order Granting Preliminary Approval Of Settlement, resulting in certification of the following provisional settlement class:

All persons employed by NextEra Energy Operating Services, LLC who, from May 17, 2006 to May 16, 2012, performed work in the position of Wind Technician I, Wind Technician II, Wind Technician III, and/or Wind Technician Leader at a wind generation plant owed and/or operated by NextEra in California.

That Order directed the Parties to provide Notice to the Class, which informed absent Class Members of: (a) the proposed Settlement, and the Settlement's key terms; (b) the date, time and location of the Final Approval Hearing; (c) the right of any Class Member to object to the proposed Settlement, and an explanation of the procedures to exercise that right; and (d) the right of any Class Member to exclude themselves from the proposed Settlement, and an explanation of the procedures to exercise that right.

The Court, upon Notice having been given as required in the Preliminary Approval Order, and having considered the proposed Amended Settlement Agreement, as well all papers filed, hereby ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

1. This Court has jurisdiction over the subject matter of the Action and over all Parties to the Action, including all Settlement Class Members.

2. The Notice provided to the Class conformed with the requirements of Federal Rules of Civil Procedure, Rule 23, subparts (d) and (e), and constituted the best notice practicable under the circumstances by providing individual notice to all Class Members who could be identified through reasonable effort, and by providing due and adequate notice of the proceedings and of the matters set forth therein, and thus, fully satisfied the requirements of due process.

3. The Court hereby finds that Defendant has satisfied its notice obligations under 28 USCS § 1715(b) on May 7, 2012, and pursuant to 28 USCS § 1715(d), enters the instant Order ninety (90) days after the dates on which the appropriate Federal and/or State officials were served with the notice required under 28 USCS § 1715, subsection (b).

4. The Court hereby finds the Settlement was entered into in good faith, that the Settlement is fair, reasonable and adequate, and that Plaintiffs have satisfied the standards and applicable requirements for final approval of this Class Action settlement under the provisions of Federal Rules of Civil Procedure, Rule 23, subpart (e)(2). No objections to the Settlement were filed.

5. The Court also finds that the Class is properly certified as a Class for settlement purposes only.

6. Upon entry of this Order, compensation to the Settlement Class Members shall be made pursuant to the terms of the Amended Settlement Agreement.

7. In addition to any recovery that the Representative Plaintiffs may receive under the Settlement, and in recognition of the Plaintiffs' efforts on behalf of the Settlement Class – including responding to extensive written discovery, preparing for an attending their depositions, and attending the mediation sessions – the Court hereby approves the payment of an incentive award in the amount of $10,000.00 to each Representative Plaintiff, for a total of $30,000.00.

8. The Court hereby approves the payment of attorneys' fees to Class Counsel in the sum of $162,500.00, and costs in the sum of $15,000.00 as agreed in the Amended Settlement Agreement upon entry of this Order. The Court finds that an award representing 25% of the settlement is justified in this case. That conclusion is supported by the lodestar of Plaintiffs' counsel which is substantially in excess of $162,500.00. The attorneys' time records and declaration submitted demonstrate the reasonableness of the hours spent and rates claimed.

9. The Court also hereby approves and orders payment in the amount of $11,500.00 to CPT Group, Inc., for performance of its settlement claims administration services.

10. The Court hereby designates the Green Energy and Technology Academy at Desert Mirage High School, Thermal, CA as the beneficiary of any and all unclaimed Settlement funds subject to cy pres distribution under the terms of the Amended Settlement Agreement. Any such cy pre funds shall be used in accordance with the Letter from Arthur F. Kimball, Project Facilitator of the Green Energy and Technology Academy, attached as Exhibit A to the Declaration of Cheryl D. Orr dated August 21, 2012 (docket no. 61).

11. Upon entry of this Order, all of the claims in the Actions shall be and are hereby dismissed with prejudice upon the merits and in full and final discharge of any and all such Claims. All Settlement Class Members, as defined in the Amended Settlement Agreement and excluding the one individual who opted-out of the Settlement, shall be deemed to and do hereby release and forever discharge Defendant for any and all Released Claims, as defined in the Amended Settlement Agreement, and are hereby permanently barred and enjoined from the institution or prosecution of any and all Released Claims against Defendant.

12. This Order is intended to be a final disposition of the Action in its entirety, and is intended to be immediately appealable.

13. This Court shall retain jurisdiction with respect to all matters related to the administration and consummation of the Settlement.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 31, 2012

SUSAN ILLSTON
United States District Judge